UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

KENNETH   WILSON
DANIELLE ANNETTE  HAWLEY

                                            : Bankruptcy No. 17-16058JKF
          Debtor(s)              : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

_____
Jean K. FitzSimon, B. J.

**Date: January 25, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRIAN C EVES ESQ
P O BOX 0713
NEW HOPE PA 18938-0713

KENNETH   WILSON
DANIELLE ANNETTE  HAWLEY
4940 TALL CEDAR COURT
PIPERSVILLE,PA.18947-1039