United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-16058-jkf
Kenneth Wilson                                                                  Chapter 13
Danielle Annette Hawley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 2              Date Rcvd: Jan 25, 2018
                              Form ID: pdf900           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
```
db             #Kenneth Wilson,    4940 TALL CEDAR COURT,    Pipersville, PA 18947-1039
jdb             Danielle Annette Hawley,    4940 TALL CEDAR COURT,    Pipersville, PA 18947-1039
cr             +Suntrust Mortgage, Inc,    Bankruptcy Department RVW 3034,    PO Box 27767,
                 Richmond, VA 23261-7767
13979821       +BCWSA,   PO Box 3333,    Harleysville, PA 19438-0900
13979822       +Brian C. Eves,    PO Box 713,    New Hope, PA 18938-0713
13979823       +Bucks County Clerk of Courts,    55 E Court St #4,    Doylestown, PA 18901-4331
13979824       +Capital One Bank (USA), N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
14009985        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14013635        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13979825       +Comenity Capital Bank,    2795 E Cottonwood Pkwy,    Salt Lake City, UT 84121-7090
13979826       +Danielle Hawley,    4940 Tall Cedar Court,    Pipersville, PA 18947-1039
13979828        Diversified Consultants Inc,    PO Box 1391,    Southgate, MI 48195-0391
13979829        Doylestown Emergency Associates PC,    PO Box 826677,    Philadelphia, PA 19182-6677
13979830       +Doylestown Hosptial,    595 West State Street,    Doylestown, PA 18901-2597
13979831        FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
14024859       +Mario J. Hanyon, Esq., Id. No.203993,    Phelan Hallinan Diamond & Jones, LLP,
                 Atty for Suntrust Mortgage, Inc.,    1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13979834       +Mercantile,    165 Lawrence Bell Drive,    Suite 1000,    Williamsville, NY 14221-7900
13979835       +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
13979836       +Office of Attorney General,    Collections Unit,    14th Floor, Strawberry Square,
                 Harrisburg, PA 17120-0001
13979837       +Phelan Hallinan Diamond and Jones LLP,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
13979838        Plumstead Township,    5186 Stump Road,    Plumbsteadville, PA 18949
14013761        SunTrust Mortgage, Inc.,    Bankruptcy Department RVW 3034,    PO Box 27767 Richmond, VA 23261
13979839       +Suntrust Mortgage Inc.,    1001 Semmes Ave,    Richmond, VA 23224-2245
13979840       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,      PO Box 5855,    Carol Stream, IL 60197)
13998769       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13979841       +USAA Savings Bank,    10750 McDermott Freeway,    San Antonio, TX 78288-1600
13979842        Verizon,    P.O. Box 15124,    Albany, NY 12212-5124
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 26 2018 01:49:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2018 01:49:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 26 2018 01:49:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13979820        E-mail/Text: roy.buchholz@allianceoneinc.com Jan 26 2018 01:48:47      AllianceOne,
                 4850 Street Rd,    Trevose, PA 19053-6643
13979832        E-mail/Text: bnckohlsnotices@becket-lee.com Jan 26 2018 01:48:50      Kohls - Capital One,
                 PO Box 3084,    Milwaukee, WI 53201-3084
13979833        E-mail/Text: bk@lendingclub.com Jan 26 2018 01:49:39     Lending Club,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
14021796        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 26 2018 01:56:17      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 7
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13979827*      +Danielle Hawley,    4940 Tall Cedar Court,    Pipersville, PA 18947-1039
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Virginia            Page 2 of 2              Date Rcvd: Jan 25, 2018
                              Form ID: pdf900           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
          BRIAN C. EVES    on behalf of Debtor Kenneth  Wilson BrianEvesLaw@gmail.com
          BRIAN C. EVES    on behalf of Joint Debtor Danielle Annette Hawley BrianEvesLaw@gmail.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          MARIO J. HANYON    on behalf of Creditor   SUNTRUST MORTGAGE, INC. paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KENNETH   WILSON
DANIELLE ANNETTE  HAWLEY
                                                    : Bankruptcy No. 17-16058JKF
            Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: January 25, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRIAN C EVES ESQ
P O BOX 0713
NEW HOPE PA 18938-0713

KENNETH   WILSON
DANIELLE ANNETTE  HAWLEY
4940 TALL CEDAR COURT
PIPERSVILLE,PA.18947-1039